450 A.2d 1033

Commonwealth v. Clark, Appellant.
Petition for Allowance of Appeal
Denied May 11, 1983.

■ Submitted June 21, 1982. Adam O. Renfroe, Jr., for appellant; Ronald Eisenberg, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence affirmed. Jurisdiction of the Superior Court of Pennsylvania is relinquished. The lower court shall enforce its sentence.